Case 1:10-cr-00614-SLT   Document 87   Filed 11/14/11   Page 1 of 2 PageID #: 228

**FILED**
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.
★ NOV 14 2011 ★
BROOKLYN OFFICE

10-CR-614

11-3-2011

To: Honorable Judge Sandra J. Townes

This is Jack Pitt 78416-053, my lawyer is B. Alan Seidler.

And i'm writing to u too inform u, that i want to fire my lawyer, and take my plea back so i can go too trail.

Reason Being: i'm a career offender, i took a plea of 0-20 years (B)(1)(C) and my lawyer never truely explain to me, that as a career offender, that 0-20 years don't mean a thing. In reality i cop out too 155-188 months and i didn't understand what i was doing!!

My lawyer never comes to cee me, i've to almost beg him to come to cee me and he's there 3 days out the week.

Your Honor, i want to take my plea back, in not only taken a plea for 15 to 20 years, file 1 sell of crack base for 500 mg.

I want a jury to hear my case, i truely have one sell of crack base Nov 8 2008, two years later i was brought in for a conspiracy.

So your Honor, can you've me come in front of you, so i can fire

my lawyer. you appointme a lawyer. and im ready to go to trail.

my lawyer lied to me from the start of him takeing my case. i know i will had a better chance at trail. so that is what i would kind of like your honor. (PLEASE)!!

Respectfully Requested

MR. Jack D. Pitt